IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.  3:05cr19/LAC
 3:06cv225/LAC/MD

JEFFREY HILL

_____

ORDER

Upon consideration of the Report and Recommendation of the Magistrate Judge filed on July 7, 2006, pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation, if any, the Recommendation is adopted as the opinion of the Court.

Accordingly, it is ORDERED:

The motion to vacate, set aside or correct sentence (doc. 2382) is DENIED.

DONE AND ORDERED this 19th day of July, 2006.

s/L.A. Collier
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**