IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.                                                    3:05cr19/LAC
                                                       3:06cv226/LAC/MD

JEFFREY MIKE HILL
_____

### ORDER

The defendant has filed a notice of appeal (doc. 31), a motion for certificate of appealability (doc. 32) and a motion for leave to appeal *in forma pauperis* (doc. 33), all with respect to the order entered on July 19, 2006. Unless a certificate of appealability is issued, the defendant may not take an appeal from the final order denying section 2255 relief. See 28 U.S.C. 2253(c)(1)(B). Such a certificate may issue "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2).

Because the defendant has not made a substantial showing of the denial of a constitutional right, and for the reasons set forth in this court's order of July 19, 2006, a certificate of appealability is DENIED.

For the same reasons, there is no good faith basis for an appeal and defendant has not shown that he is entitled to proceed *in forma pauperis*. Fed.R.App.P. 24(a). Therefore, defendant's motion for leave to appeal *in forma pauperis* (doc. 33) is also DENIED. Defendant shall pay the $455.00 filing fee within thirty (30) days of the date of this order.

DONE AND ORDERED this 14th day of August, 2006.

                                    s/*L.A. Collier*
                                    **LACEY A. COLLIER**
                                    **SENIOR UNITED STATES DISTRICT JUDGE**