*FLN (Rev. 3/2007) Deficiency Order*
*3:05cr19 - UNITED STATES OF AMERICA vs. JEFFREY M. HILL*

*Page 1 of 1*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

      vs                                Case No.3:05cr19

JEFFREY M. HILL

_____

## ORDER

Your document, **MOTION FOR REHEARING OF SENTENCING**, was referred to the undersigned with the following deficiencies:

> The document does not have a Certificate of Service as required by Rule 5(b) and (d) of the Federal Rules of Civil Procedure, showing proper service.

For these reasons, IT IS ORDERED that the document shall remain in the electronic file, but the court will not consider it until you have corrected the above deficiencies through the filing of a corrected document.

DONE and ORDERED this 31st day of October, 2007.

s/*L. A. Collier*
_____
LACEY A. COLLIER
SENIOR UNITED STATES DISTRICT JUDGE