# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                             CASE NO.  3:05cr19LAC

JEFFREY M. HILL

### REFERRAL AND ORDER

Referred to Judge Lacey Collier on   March 7, 2008
Motion/Pleadings:  MOTION FOR REHEARING OF SENTENCE
Filed by  DEFENDANT PRO SE   on 2/11/08   Doc.# 49

RESPONSES:

                                                     on               Doc.#
                                                     on               Doc.#

_____ Stipulated     _____ Joint Pldg.
_____ Unopposed      _____ Consented

                                           WILLIAM M. McCOOL, CLERK OF COURT

                                           *s/Mary Maloy*
LC (1 OR 2)                           Deputy Clerk: Mary Maloy

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 10th day of March, 2008, that:*

*(a) The relief requested is* ***DENIED.***

*(b)* _____

                                               *s/L.A. Collier*
                                               ***LACEY A. COLLIER***
                                   ***Senior United States District Judge***

Entered On Docket: _____  By: ___
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

Document No.